## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:15-cv-00206-JAW |
| | ) | |
| $25,011.18 IN FUNDS FROM BANK ACCT # 8900333150 AT SACO AND BIDDEFORD SAVINGS INSTITUTION; | ) ) | |
| | ) | |
| $10,246.72 IN FUNDS FROM BANK ACCT # 6010219597 AT GORHAM SAVINGS BANK; | ) ) | |
| | ) | |
| $5,794.16 IN FUNDS FROM BANK ACCT # 191360054867 AT KEYBANK; AND | ) ) | |
| | ) | |
| $2,905.00 U.S. CURRENCY, | ) | |
| | ) | |
| **Defendants-in-rem.** | ) | |

## DECREE OF FORFEITURE

WHEREAS, on June 1, 2015, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(6);

Notice of the seizure of the defendant-in-rem funds was provided to all persons and entities believed to have an interest in the defendants-in-rem, including, but not limited to, Margherita Badeau and Operation Tribute ("OT");

On June 2, 2015, a Settlement Stipulation was filed with the Court that provided, in part, that the claimants released any and all claims to the defendant-in-rem funds and that within 30 days of service of this decree of forfeiture on the U.S. Marshals Service, the amount of

$10,246.72 would be released to the claimant OT through its attorney, Richard S. Berne, Esq., less any debt owed by OT to the United States, any agency of the United States, or any other debt the United States is authorized to collect.

Between June 4, 2015 and July 3, 2015, notice of this action was published on the official government website www.forfeiture.gov;

The time frame for third part claimants has run and it appearing from the record, no other claims, contested or otherwise, have been filed against the defendant-in-rem and the time to do so has expired;

NOW THEREFORE, on motion of the plaintiff, United States of America for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendants-in-rem are **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED** that the defendants-in-rem shall be disposed of according to law.

                                              **SO ORDERED,**

DATED: August 31, 2015                /s/John A. Woodcock, Jr.
                                                  JOHN A. WOODCOCK JR.
                                                  UNITED STATES DISTRICT JUDGE